

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ksenia Rumiantseva

**Civil Action No.**  25-cv-03844-AGS-DEB

**Petitioner**

V.

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On February 20, 2026, the Court held a hearing. For the reasons stated on the record, the petition for a writ of habeas corpus (ECF 1 ) is denied without prejudice.  The case is hereby closed.

**Date:** _____2/23/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita_____

M. Fujita, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25-cv-03844-AGS-DEB

Respondents:

Warden of Otay Mesa Detention Center